**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00549-EWN-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: August 8, 2007** | **Courtroom Deputy:** Ben Van Dyke |

DONALD L. SMITH,                                              Fredric A. Bremseth, via telephone

    **Plaintiff,**

    v.

UNION PACIFIC RAILROAD COMPANY,            Mark C. Hansen, via telephone

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:     10:00 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** The Stipulated Motion of the Parties for Leave to Amend the Scheduling Order [filed August 1, 2007; doc. 22] is granted in part and denied in part for the reasons stated on the record.  The deadline to designate rebuttal experts is extended to October 22, 2007, but all other deadlines shall remain as previously set.

HEARING CONCLUDED.

**Court in Recess:     10:12 a.m.**
Total In-Court Time:     00:12