**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00549-EWN-CBS

DONALD L. SMITH,

        Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

        Defendant.

**ORDER DIRECTING ADMINISTRATIVE CLOSURE**

This matter is before the Court on the parties' Joint Motion to Administratively Close Case (Dkt. #30). Upon review of the motion and the file, and pursuant to D.C.COLO.L.Civ.R. 41.2, it is hereby ORDERED that the Clerk of the United States District Court for the District of Colorado is directed to ADMINISTRATIVELY CLOSE the above-entitled civil action subject to reopening for good cause. It is further

ORDERED that the parties shall file status reports every thirty days, commencing November 1, 2007.

DATED:  October 9, 2007

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              Chief United States District Judge