IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07–cv–00549–PAB–CBS

DONALD L. SMITH,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Repoen Case (*doc. #53*) is GRANTED. The Clerk of Court is instructed to reinstate this case on the Court's case management system.

**DATED:**    December 17, 2008