## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: February 3, 2010  
Time: 2 hours and 30 minutes

**CASE NO.  07cv-00549-PAB-CBS**

<u>Parties</u>

**DONALD L. SMITH,**

Plaintiff (s),

vs.

**UNION PACIFIC RAILROAD COMPANY,**

Defendant (s).

<u>Counsel</u>

Keith Ekstrom  
Jack Robinson

Mark Hansen  
Donald Sinclair

## RULE 702 HEARING

**2:04 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Also present is William Jacobs, representative for Union Pacific Railroad Company.

Opening remarks by the Court.

Page Two
07-cv-00549-PAB-CBS
February 3, 2010

Defendant's Motion in Limine to Exclude the Testimony of William R. Bogett (Doc #64), filed 9/29/09.

**2:11 p.m.**     Cross examination of William R. Bogett by Mr. Sinclair.

Court **exhibit 1** identified, offered and ADMITTED.

Court **exhibit 2** identified

Court **exhibit 3** identified, offered and ADMITTED.

Court **exhibit 4** identified, offered and ADMITTED.

Mr. Sinclair requests the Court take judicial notice of the facts contained in the defendant's brief concern concerning the accreditation of those schools and whether or not those schools continue to offer certain degrees or were accredited.  Objection by Mr. Ekstrom.

**3:05 p.m.**     Redirect examination by Mr. Ekstrom.

Court **exhibit 5** identified, offered and ADMITTED, on the condition it is resubmitted without hand written notes.

**3:28 p.m.**     **COURT IN RECESS**

**3:39 p.m.**     **COURT IN SESSION**

   Argument by Mr. Sinclair.  Questions by the Court.

**4:05 p.m.**     Argument by Mr. Ekstom.  Questions by the Court.

Court states its findings and conclusions.

**ORDERED:**  Defendant's Motion in Limine to Exclude the Testimony of William R. Bogett (Doc #64), filed 9/29/09 is **GRANTED in PART and DENIED in PART** as stated on the record.

**4:45 p.m.**     **COURT IN RECESS**

**Total in court time:**         150 minutes         **Hearing concluded**